

# Fourth Court of Appeals
## San Antonio, Texas

February 13, 2023

No. 04-23-00120-CV

**IN RE PLANET HOME LENDING, LLC**

Original Proceeding[1]

**ORDER**

Sitting:      Rebeca C. Martinez, Chief Justice
               Irene Rios, Justice
               Beth Watkins, Justice

On February 10, 2023, relator filed a petition for writ of mandamus. Relator also filed a motion for stay of the underlying proceeding pending final resolution of the petition for writ of mandamus. After considering the petition, real parties in interests' response to relator's motion for stay, and this record, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is **DENIED**. *See* TEX. R. APP. P. 52.8(a). Relator's motion for stay is **DENIED** as moot.[2]

It is so **ORDERED** on February 13, 2023.

**PER CURIAM**

ATTESTED TO: _____
               MICHAEL A. CRUZ,
               CLERK OF COURT



---

[1] This proceeding arises out of Cause No. 2004PC2233, styled *Planet Home Lending, LLC v. Sharon Jefferson, Friends for Life as Guardian for Naaman Lee Singleton, Camrey Lynn Taylor Jefferson*, pending in the Probate Court No 1, Bexar County, Texas, the Honorable Oscar J. Kazen presiding.

[2] Opinion to follow.